UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERRANTES,

Plaintiff,

- against -

FOGARTY ET AL.,

Defendants.

12CV8079 (LMS)
CONSENT
JUDGMENT

The issues in the above-entitled action, by consent of the parties, having been brought on for trial before the Honorable Lisa Margaret Smith, United States Magistrate Judge, on January 25, 2016, and thereafter, on January 27, 2016, during the pendency of trial, the parties having settled the case and consented to the entry of a judgment in favor of the Plaintiff, it is,

ORDERED, ADJUDGED, AND DECREED: That Plaintiff Cristina Serrantes have judgment as against Defendants Sean Fogarty, Dennis Hanrahan, and Robert Bock, jointly and severally, in the amount of $150,000.

Dated: January 27, 2016
        White Plains, New York

Approved: 1/27/16

Lisa Margaret Smith, U.S.M.J.

Ruby J. Krajick, Clerk